| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Scott F. Llewellyn<br>Morrison & Foerster LLP<br>370 Seventeenth Street<br>Denver, Colorado 80202-5638<br>Attorney for Plaintiff | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CO
BRANCH NAME: DISTRICT OF COLORADO

| PLAINTIFF/PETITIONER: RE/MAX, LLC, a DELAWARE LIMITED LIABILITY COMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: REALOGY HOLDINGS CORP, etc. et al. | 13-CV-02021-RPM-KMT |
| **PROOF OF SERVICE** | Ref. No. or File No.: 71262-08-15662 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY JUDGMENT; RE/MAC, LLC'S CORPORATE DISCLOSURE STATEMENT; UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

PARTY SERVED: REALOGY HOLDINGS CORP, a Delaware Corporation
PERSON SERVED: Karen Keggleman - Authorized Agent
DATE & TIME OF DELIVERY: 7/31/2013 3:55 PM
ADDRESS, CITY, AND STATE: 3411 Silverside Road, Suite 104
Wilmington, DE 19810

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 285.00
County:
Registration No.:
Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500
Ref: 71262-08-15662

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 31, 2013

Signature: _____
KEVIN S. DUNN

**PROOF OF SERVICE**

P100320