IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02021-RPM

RE/MAX, LLC,

    Plaintiff,

v.

REALOGY HOLDINGS CORP. AND
REALOGY GROUP, LLC,

    Defendants.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal without Prejudice [12] filed October 23, 2013, it is

ORDERED that this case is dismissed without prejudice, each party to pay their own attorneys' fees and costs.

DATED: October 24th, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge